IN THE COURT

OF

CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 25 2015

Abel Acosta, Clerk

RICHARD A.DUNSMORE]
-APPELLANT-

vs.

THE STATE OF TEXAS
-APPELLEE-

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

**N O T I C E   O F   A P P E A L**

DEFENDANT/APPELLANT in Matters 56909& 56910 Post Conviction Filings hereby SERVES N O T I C E  O F  A P P E A L as to the Texas Court of Criminal Appeals REFUSING (IE:Not Having The Veracity or Integrity to DEAL with the CORRUPTION in Brazoria County Texas Courts and/or the Office of the District Attorney Jeri Yenne) to Address the ISSUES in the PETITION FOR DISCRETIONARY REVIEW previously filed by the DEFENDANT/APPELLANT.

Respectfully Submitted By

FEBRUARY 23rd,2015

Richard A.Dunsmore,Pro Se
C.T.TERRELL UNIT/#1826868
1300 F.M.655(Brazoria Co)
ROSHARON  ,  TEXAS  77583

**CERTIFICATE OF SERVICE**

I CERTIFY that a True and Correct COPY of this NOTICE OF APPEAL has been SERVED by 1st Class Mail upon DA-Jeri Yenne at the Brazoria County District Attorney's Office at 111 East Locust Street,Room 408A,Angleton,Texas 77515 on 2/23/2015.

BY:

Richard A.Dunsmore,Pro Se
Pro Se Defendant

IN THE COURT

O F

CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 ...

Abel Acosta, Clerk

RICHARD A.DUNSMORE
-APPELLANT-

.vs.

THE STATE OF TEXAS

**N O T I C E   O F   A   P P E A L**

DEFENDANT/APPELLANT in Post Conviction Matters in Cause Numbers 56909 & 56910 in the 412th Judicial District Court of Brazoria County,Texas hereby SERVES N O T I C E O F A P P E A L as to the Texas Court of Criminal Appeals REFUSING TO HEAR (IE:Not Having the Veracity or Integrity to DEAL with the CORRUPTION in the Brazoria County Courts and/or the Office of the Brazoria County District Attorney-Jeri Yenne) as addresss the ISSUES in the PETITION FOR DISCRETIONARY REVIEW previously filed by the DEFENDANT/APPELLANT

Respectfully Submitted By

Richard A.Dunsmore,Pro Se
C.T.TERRELL UNIT/#1826868
1300 F.M.655(Brazoria Co)
ROSHARON , TEXAS 77583

FEBRUARY 23rd,2015

**CERTIFICATE OF SERVICE**

I CERTIFY that a True and Correct COPY of this NOTICE OF APPEAL has been SERVED by 1st Class Mail upon DA-Jeri Yenne at the Brazoria County DA's OFFICE at 111 East Locust Street,Room 408A,Angleton,Texas 77515 on 2/23/2015

BY:

Richard A.Dunsmore,Pro Se
Pro Se Defendant

CASE NUMBER: PD-1420-14
COA No. 01-14-0306-CR

IN THE COURT

O F

CRIMINAL APPEALS

RICHARD A.DUNSMORE
-APPELLANT-

vs.

THE STATE OF TEXAS
-APPELLEE-

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

## N O T I C E   O F   A P P E A L

DEFENDANT/APPELLANT in the Post Conviction Matters in Cause Numbers 56909 & 56910 in the 412th Judicial District Court of Brazoria County,Texas hereby SERVES N O T I C E O F A P P E A L as to the Texas Court of Criminal Appeals REFUSING TO HEAR (IE:Not Having The Veractity or Integrity to DEAL with the CORRUPTION in the Brazoria County Courts and/or the Office of the Brazoria County District Attorney-Jeri Yenne and/or the Brazoria County Sheriff's Department and the DFPS-Child Protective Services Division's Case-worker-Sharon McNair and BCSD Investigator Buck Henson) to address the ISSUE of the NEED for a COURT OF INQUIRY into their actions as was addressed in the PETITION FOR DISCRETIONARY REVIEW previously filed by the Defendant/Appellant

Respectfully Submitted By

FEBRUARY   23rd,2015

Richard A.Dunsmore,Pro Se
C.T.TERRELL UNIT/#1826868
1300 F.M.655(Brazoria Co)
ROSHARON   ,   TEXAS   77583

## CERTIFICATE OF SERVICE

I CERTIFY that a True and Correct COPY of this NOTICE OF APPEAL has been SERVED by 1st Class Mail upon DA-Jeri Yenne at the Brazoria County District Attorney's Office at 111 East Locust Street,Room 408X,Angleton,Texas 77515 on 2/23/2015.

BY:

Richard A.Dunsmore,Pro Se
Pro Se Defendant

3 of 4 J

IN THE COURT

O F

CRIMINAL APPEALS

RICHARD A.DUNSMORE
-APPELLANT-

vs.

THE STATE OF TEXAS
-APPELLEE-

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 ...

Abel Acosta, Clerk

## N O T I C E   O F   A P P E A L

DEFENDANT/APPELLANT in the Post Conviction Matters in Cause Numbers 56909 & 56910 in the 412th Judicial District Court of Brazoria County,Texas hereby SERVES N O T I C E O F A P P E A L as to the Texas Court of Criminal Appeals REFUSING TO HEAR (IE:Not Having the Veracity or Integrity to DEAL with the CORRUSTION in the Brazoria County Courts and/or the Office of the Brazoria County District Attorney-Jeri Yenne and/or the Brazoria County Sheriff's Department and the DFPS-Child Protectice Services Division's Case-Worker=Sharon McNair and BCSD Investigator Buck Hesnon) to address the ISSUE of the NEED for a COIRT OF INQUIRY into their actions as was addressed in the PETITION FOR DISCRETIONARY REVIEW previsously Filed by the Defendant/ Appellant.

Respectfully Submitted By

Richard A.Dunsmore,Pro Se
C.T.TERRELL UNIT/#1826868
1300 F.N.655(Brazoria Co)
ROSHARON , TEXAS 77583

FEBRUARY 23rd,2015

## CERTIFICATE OF SERVICE

I CERTIFY that a True and Correct COPY of this NOTICE OF APPEAL has been SERVED by 1st Class Mail upon DA-Jeri Yenne at the Brazoria County District Attorney's Office at 111 East Locust Street,Room 408A Appleton,Texas 77515 on 2/23/2015.

BY:

Richard A.Dunsmore,Pro Se
Pro Se Defendant

CASE NUMBERS: PD-1418-14/PD-1419-14/PD-1420-12 & PD-1421-14
COA NUMBERS: 01-14-00251-CR/01-14-00274-CR/01-14-00396-CR & 01-14-00307-CR
TRIAL COURT NUMBERS: Post Conviction Matters in 56909 & 56910
in the 412th Judicial District Court of Brazoria County,Texas
the Honorable Judge W.Edwin Denman-Presiding in 2014/2010/2008

---

NOTICE OF APPEAL/REQUEST FOR RECONSIDERATION TO A HIGHER STATE
and/or FEDERAL COURT DISTRICT COURT and/or 5th CIRCUIT COURT OF APPEALS

---

TO:JUSTICES OF THE TEXAS COURT OF APPEALS
:HONORABLE JUDGE W.EDWIN DENMAN
:SENIOR JUDGE the HONORABLE ROBERT J.KERN-via & and-:PRESIDING JUDGE
   OLEN UNDERWOOD of the TEXAS SECOND JUDICIAL REGION
:DISTRICT ATTORNEY FOR BRAZORIA COUNTY,TEXAS-Mrs.Jeri Yenne -and-the
   ATTORNEY GENERAL OF THE STATE OF TEXAS

RE:Texas Rule of Appellant Procedure 29.5 and any and all other Applicable
   Rules dealing with Action by the Trial Court while ORDERS of said Court
   are being Complained about on Appeal.

SUBJECT:Limit(s) of AUTHORIZATION as provided in theORDER OF ASSIGNMENT BY
        THE PRESIDING JUDGE OLEN UNDERWOOD on February 11th,2015

GREETINGS:
        The FOllowing NOTICES have been given:

             DEFENDANT/APPELLANT in the Post Conviction Matters in Cause Numbers
        56909 & 56910 in the 412th Judicial District Court of Brazoria County,Texas
        hereby SERVES N O T I C E   O F   A P P E A L  as to the Texas Court of Criminal
        Appeals REFUSING TO HEAR  (IE:Not Having The Veracity or Integrity to DEAL
        with the CORRUPTION in the Brazoria County Courts  and/or  the Office of the
        Brazoria County District Attorney-Jeri Yenne  and/or the Brazoria County
        Sheriff's Department  and the TX DFPS-Child Protective Services Division's
        Caseworker Sharon McNair and BCSD Investigator Buck Henson) to addrss the
        ISSUE of the  NEED   for a  COURT OF INQUIRY  into their actions as was
        addressed in the PETITION FOR DISCRETIONARY REVIEW previsusly filed by
        the Defendant/Appelland.   (as to PD-1420 & 1421-14)
                                              --and--:DEFENDANT/APPELLANT
        in the Post Conviction Matters in Cause Numbers 56909 & 56910 in the 412th
        Judicial District Court of Brazoria County,Texas SERVES  N O T I C E   O F
        A P P E A L  as to the Texas Court of Criminal Appeals  REFUSING TO HEAR
        (IE:Not Having the Verac ity or Integrity to DEAL with the CORRUPTION  in the
        Brazoria County Courts  and/or the Office of the Brazoria County District
        Attorney-Jeri Yenne) as addressed in the ISSUES of the PETITION FOR DISCRETIONARY
        REVIEW previously filed by the Defendant/Appellant. (as to PD 1413 & 19 - 14)

   Defendant/Appellant still wishes to RESOLVE these MATTERS as Permitted by  Rule of
Appellant Procedure 29.5, ETC.

                                         Respectfully Submitted By
                                         Richard A.Dunsmore,Pro Se
                                         C.T.TERRELL UNIT/#1826868
                                         1300 F.M.655(Brazoria Co)
                                         ROSHARON  ,  TEXAS  77583